| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TX Energy Services, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **74-2505843** |
| 4. | Debtor's address | **Principal place of business**<br><br>**3000 South Business Highway 281**<br>**Alice, TX 78332**<br>Number, Street, City, State & ZIP Code<br><br>**Jim Wells**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.forbesenergyservices.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **TX Energy Services, LLC**  
     Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2111__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ A plan is being filed with this petition.
  - ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____  
District _____ When _____ Case number, if known _____

---

Debtor   **TX Energy Services, LLC**                                                    Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>                         Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ■ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Forbes Energy International, LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/2017
MM / DD / YYYY

X _/s/ L. Melvin Cooper_
Signature of authorized representative of debtor

**L. Melvin Cooper**
Printed name

Title  **Senior Vice President and Chief Financial Officer**

**18. Signature of attorney**

X _/s/ Kenneth P. Green_
Signature of attorney for debtor

Date  **01/22/2017**
MM / DD / YYYY

**Kenneth Green**
Printed name

**Snow Spence Green LLP**
Firm name

**2929 Allen Parkway**
**Suite 2800**
**Houston, TX 77109**
Number, Street, City, State & ZIP Code

Contact phone  **713-335-4800**     Email address  **kgreen@snowspencelaw.com**

**TX Bar No. 24036677**
Bar number and State

Debtor  **TX Energy Services, LLC**    Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **C.C. Forbes, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Forbes Energy International, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Forbes Energy Services LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Forbes Energy Services Ltd.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |

**TX ENERGY SERVICES, LLC**

(a Delaware limited liability company)
(the "*Company*")

**CONSENT OF THE SOLE MANAGER
IN LIEU OF SPECIAL MEETING**
(the "*Consent*")

December 13, 2016

The undersigned, being the sole manager of the Company (the "*Sole Manager*"), acting by written consent pursuant to the Delaware Limited Liability Company Act, hereby consents to and adopts the following resolutions:

*Approval to Voluntarily File Chapter 11 Petition*

**WHEREAS**, the Sole Manager has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

**NOW THEREFORE, BE IT RESOLVED**, that in the business judgment of the Sole Manager, it is desirable and in the best interests of the Company, its creditors, member and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Southern District of Texas – Corpus Christi Division (the "*Bankruptcy Court*");

**RESOLVED FURTHER**, that the President, Chief Executive Officer and Secretary, Executive Vice President and Chief Operating Officer, Senior Vice President, Chief Financial Officer and Assistant Secretary, or any other officer of the Company designated by any such officer (each an "*Authorized Officer*" and collectively, the "*Authorized Officers*") be, and hereby are, authorized to execute and file on behalf of the Company, without need for further action by the Sole Manager, all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief under the Bankruptcy Code; and that any such actions heretofore taken by the Authorized Officers on behalf of the Company are hereby ratified, approved, and confirmed;

**RESOLVED FURTHER**, that the Company's engagement of the law firm of Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist it in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading, is hereby ratified and approved by the Sole Manager;

**RESOLVED FURTHER**, that the Company's execution of the retention agreements, payment of retainers and the filing of an application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP is hereby ratified and approved by the Sole Manager;

**RESOLVED FURTHER**, that the Company's engagement of additional professionals to

represent and assist the Company in carrying its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions, including but not limited to, Alvarez & Marsal Holdings, LLC, as financial advisors, Jefferies LLC, as investment bankers, Winstead PC, as corporate and securities counsel, and Kurtzman Carson Consultants LLC, as solicitation and balloting consultants, is hereby ratified and approved by the Sole Manager;

**RESOLVED FURTHER**, that the Company's execution retention agreements, payment of retainers and the filing of applications for authority to retain the services of such professionals is hereby ratified and approved by the Sole Manager;

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and empowered, to the extent necessary, to obtain financing and post-petition use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company; and in connection therewith, the Authorized Officers are hereby authorized and empowered to execute any appropriate agreements and related ancillary documents;

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and empowered, to the extent necessary, to implement a Restructuring Support Agreement, a Plan of Reorganization, a Backstop Agreement and a Disclosure Statement (each in the form attached hereto as Exhibits A, B, C and D, respectively, with such changes therein as may be approved by the Parent Authorized Officers), which implementation is expected to include a pre-bankruptcy solicitation of Forbes Energy Service Ltd.'s senior unsecured noteholders with respect to the Plan of Reorganization and the filing of the Plan of Reorganization with the Bankruptcy Court as a pre-packaged chapter 11 plan; and in connection therewith, the Authorized Officers are hereby authorized and empowered to execute any appropriate agreements and related ancillary documents;

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and empowered, without need for further action by the Sole Manager, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*Omnibus Authority*

**RESOLVED**, that, in addition to, and without limiting in any manner, the authority granted by the foregoing resolutions, the Authorized Officers of the Company be, and hereby are, authorized and empowered, for and in the name and on behalf of the Company, (a) to take, or cause to be taken, all such further action, (b) to do and perform, or cause to be done and performed, all such acts and things, (c) to execute and deliver, or cause to be executed and delivered, all such further papers, documents and instruments of any type and description, and (d) to pay, or cause to be paid, any and all fees, charges and costs of any type or description, all of which as may be, or may be deemed to be, necessary, advisable, desirable or proper to effect the purposes and intent of the foregoing resolutions, the necessity, advisability, desirability, and

propriety of which shall be conclusively evidenced by any of such Authorized Officer's taking, or causing to be taken, any such action, doing and performing, or causing to be done or performed, any such act or thing, executing and delivering, or causing to be executed and delivered, any such papers, documents or instruments, or paying, or causing to be paid, any such fees, charges and costs; and the execution by any Authorized Officer of any such papers, documents or instruments, or the doing by any one of them of any act or thing in connection with any of the matters or things contemplated by, arising out of or in connection with, or otherwise relating to in any manner whatsoever, the subject of the foregoing resolutions, shall conclusively establish their authority therefor from the Company and the authorization, adoption, approval, confirmation and ratification by the Company of any and all papers, documents and instruments so executed and delivered and any and all action so taken, done or performed; and all actions of any nature whatsoever heretofore taken by each of the officers, directors, agents, attorneys and other representatives of the Company incidental to, contemplated by, arising out of or in connection with, or otherwise relating to in any manner whatsoever, the subject of the foregoing resolutions be, and the same hereby are, authorized, adopted, approved, confirmed and ratified in all respects.

*[Remainder of page intentionally left blank.]*

IN WITNESS WHEREOF, the undersigned has executed this Consent effective as of the date first written above.

SOLE MANAGER:

_____
John E. Crisp

| Fill in this information to identify the case: |
|---|
| Debtor name  TX Energy Services, LLC |
| United States Bankruptcy Court for the:  Southern    District of Texas (State) |
| Case number (If known):  17- |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: COLLI, RAYMOND DELLI VICE PRESIDENT AS ADMINISTRATIVE AGENT CORPORATE TRUST SERVICES 45 BROADWAY, 14TH FLOOR NEW YORK, NY  10006 | COLLI, RAYMOND DELLI EMAIL - Raymond.dellicolli@wellsfargo.com PHONE - (212) 515-5260 FAX - (212) 515-1589 | 9% Senior Notes due in 2019 (including accrued interest through January 23, 2017) | | | | $312,329,176 |
| 2 | AOC HOLDING COMPANY, INC. ATTN: ALFONSO ARGUINDEGUI CHAIRMAN, CEO 6551 STAR COURT P.O. BOX 1367 LAREDO, TX  78041 | ALFONSO ARGUINDEGUI EMAIL - alfonso@argpetro.com PHONE - (956) 722-5251 FAX - (956) 727-7636 | Estimated Open AP Amount | | | | $479,255 |
| 3 | GLOBAL TUBING, LLC ATTN: CLENTON L. SULLIVAN CFO, VICE PRESIDENT 501 COUNTY ROAD 493 DAYTON, TX  77535-2139 | CLENTON L. SULLIVAN PHONE - (713) 265-5000 FAX - (713) 265-5099 | Estimated Open AP Amount | | | | $115,758 |
| 4 | CHOYA OPERATING LLC ATTN: SALLY TARLETON 4005 FM 2200 WEST MOORE, TX  78057-2506 | SALLY TARLETON EMAIL: sally.tarleton@nglep.com PHONE - (956) 763-4402 Fax:  (361) 906-9108 | Estimated Open AP Amount | | | | $111,725 |
| 5 | WARRIOR SUPPLY, INC. ATTN: STEVE ARGUBRIGHT PRESIDENT 3107 HOUSTON HWY VICTORIA, TX  77901 | STEVE ARGUBRIGHT EMAIL - steve@warriorsupply.com PHONE -  (361) 573-3950 FAX - (361) 573-3990 | Estimated Open AP Amount | | | | $101,390 |

Debtor   TX Energy Services, LLC   Case number (if known) 17-_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | FLEETPRIDE<br>ATTN: ALLAN R. DRAGONE, JR.<br>PRESIDENT & CEO<br>600 EAST LAS COLINAS BOULEVARD<br>SUITE 400<br>IRVING, TX  75039 | ALLAN R. DRAGONE, JR.<br>PHONE - (469) 249-7500<br>FAX - (214) 932-8500 | Estimated Open AP Amount | | | | $77,151 |
| 7 | FRENCH-ELLISON TRUCK CENTER<br>ATTN: JAY ELLISON<br>PRESIDENT<br>9010 IH 10 EAST<br>CONVERSE, TX  78109 | JAY ELLISON<br>PHONE - (800) 455-9177<br>FAX - 210-338-8915 | Estimated Open AP Amount | | | | $70,682 |
| 8 | UNIFIRST HOLDINGS, INC -811<br>ATTN: STEVEN S. SINTROS<br>SENIOR VP, CFO<br>68 JONSPIN RD<br>WILMINGTON, MA 01887-1090 | STEVEN S. SINTROS<br>EMAIL - steven_sintros@unifirst.com<br>PHONE - (978) 658-8888 | Estimated Open AP Amount | | | | $58,601 |
| 9 | RUSH TRUCK INTERSTATE BILLING<br>ATTN: STEVEN L. KELLER<br>SR VICE PRESIDENT, CFO, TREASURER<br>555 IH 35 SOUTH<br>SUITE 500<br>NEW BRAUNFELS, TX  78130 | STEVEN L. KELLER<br>EMAIL - kellers@rush-enterprises.com<br>PHONE - (830) 302-5200<br>FAX – (936) 637-3928 | Estimated Open AP Amount | | | | $55,003 |
| 10 | NATIONAL OILWELL,L.P.<br>ATTN: JOSE A BAYARDO<br>SENIOR VICE PRESIDENT, CFO<br>7909 PARKWOOD CIRCLE DRIVE<br>HOUSTON, TX  77036 | JOSE A BAYARDO<br>PHONE – (713) 346-7500<br>FAX – (713) 375-3994 | Estimated Open AP Amount | | | | $52,680 |
| 11 | KENNEDY WIRE ROPE & SLING, INC.<br>ATTN: GARLAND KENNEDY, SR<br>PRESIDENT<br>302 FLATO ROAD<br>CORPUS CHRISTI, TX  78405 | GARLAND KENNEDY, SR<br>EMAIL - g.kennedysr@kwrs.com<br>PHONE - (361) 289-1444<br>FAX - (361) 289-7555 | Estimated Open AP Amount | | | | $47,857 |
| 12 | DRAGON RIG SALES AND SERVICE, LTD<br>ATTN: WILL CRENSHAW<br>CHAIRMAN, CEO<br>1655 LOUISIANA STREET<br>BEAUMONT, TX  77701 | WILL CRENSHAW<br>EMAIL - will.crenshaw@modernusa.com<br>PHONE - (409) 833-2665<br>FAX - (409) 833-3170 | Estimated Open AP Amount | | | | $38,784 |

| Debtor | TX Energy Services, LLC | | Case number (if known) | 17- |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | FELIX BENAVIDES INC. ATTN: FELIX BENAVIDES PRINCIPAL 1225 CARLOS TRAIL ALICE, TX  78332 | FELIX BENAVIDES EMAIL – felixb1959@yahoo.com PHONE - (361) 695-9443 | Estimated Open AP Amount | | | | $37,217 |
| 14 | NOV HYDRA RIG ATTN: JOSE A BAYARDO SENIOR VICE PRESIDENT, CFO 7909 PARKWOOD CIRCLE DRIVE HOUSTON, TX  77036 | JOSE A BAYARDO PHONE – (713) 346-7500 FAX – (713) 375-3994 | Estimated Open AP Amount | | | | $36,382 |
| 15 | RAPID BUSINESS SOLUTIONS, INC. ATTN: STEVE BAXTER PRESIDENT 16430 PARK TEN PLACE STE 625 HOUSTON, TX  77084-5058 | STEVE BAXTER EMAIL - admin@rapidbsi.com PHONE - (281) 647-8800 FAX - (281) 647-8801 | Estimated Open AP Amount | | | | $36,105 |
| 16 | TEXAS PETROLEUM PRODUCTS, INC ATTN: KENNY RENEAU PRESIDENT 1014 GATECREST DRIVE HOUSTON, TX  77032 | KENNY RENEAU EMAIL - kenny@texaspetroleumproducts.com PHONE - (281) 741-4494 FAX - (281) 442-0508 | Estimated Open AP Amount | | | | $34,497 |
| 17 | PIONEER NATURAL RESOURCES USA INC ATTN: RICHARD P DEALY EXECUTIVE VP, CFO 5205 N O CONNER BLVD SUITE 200 IRVING, TX  75039 | RICHARD P DEALY EMAIL - Rich.Dealy@pxd.com PHONE - (972) 969-4054 FAX - (972) 969-3587 | Estimated Open AP Amount | | | | $32,457 |
| 18 | THE GOODYEAR TIRE AND RUBBER CO. ATTN: DAVID L BIALOSKY SR VP, GENERAL COUNSEL 200 INNOVATION WAY AKRON, OH  44316-0001 | DAVID L BIALOSKY EMAIL - dave.bialosky@goodyear.com PHONE - (330) 796-2121 FAX - (216) 796-8836 | Estimated Open AP Amount | | | | $32,239 |
| 19 | TELEPACIFIC COMMUNICATIONS CO ATTN: MICHAEL COWAN GENERAL COUNSEL, SR VICE PRESIDENT 515 SOUTH FLOWER STREET 47TH FLOOR LOS ANGELES, CA  90071-2201 | MICHAEL COWAN EMAIL - generalcounsel@telepacific.com PHONE - (213) 213-3000 FAX - (213) 213-3691 | Estimated Open AP Amount | | | | $31,815 |

| Debtor | TX Energy Services, LLC | | Case number (*if known*) | 17- | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | CROWN TIRE AND RETREADING, LLC<br>ATTN: THOMAS WELFEL<br>PRINCIPAL<br>5290 FM 537<br>FLORESVILLE, TX 78114-3534 | THOMAS WELFEL<br>EMAIL – welfel@crowntireandtreading.com<br>PHONE - (830) 393-1842 | Estimated Open AP Amount | | | | $30,812 |
| 21 | AT&T MOBILITY<br>C/O BANKRUPTCY<br>4331 COMMUNICATIONS DR.<br>FLOOR 4W<br>DALLAS, TX 75211 | PHONE: (888) 827-3238<br>FAX: (888) 826-0132 | Estimated Open AP Amount | | | | $29,030 |
| 22 | SAM NOBODY'S INC.<br>ATTN: SAMUEL RODRIGUEZ<br>PRESIDENT<br>P O BOX 1224<br>ALICE, TX 78333 | SAMUEL RODRIGUEZ<br>EMAIL – ssrnobody@gmail.com | Estimated Open AP Amount | | | | $29,000 |
| 23 | MATHESON TRI-GAS, INC<br>ATTN: SCOTT KALLMAN<br>CEO, PRESIDENT<br>150 ALLEN ROAD<br>3RD FLOOR<br>BASKING RIDGE, NJ 07920-2977 | SCOTT KALLMAN<br>PHONE - (908) 991-1100 Ext 334<br>FAX - (908) 991-1461 | Estimated Open AP Amount | | | | $28,291 |
| 24 | R.B. ESPINOZA WELDING SERVICE<br>ATTN: RAFAEL ESPINOZA<br>211 WEST C R 2163<br>KINGSVILLE, TX 78363 | RAFAEL ESPINOZA<br>EMAIL - rafaelbespinozajr@gmail.com<br>PHONE - (361) 701-0039 | Estimated Open AP Amount | | | | $26,700 |
| 25 | MIDWEST HOSE & SPECIALTY, INC.<br>ATTN: HARVEY SPARKMAN, CEO PRESIDENT<br>3312 S. I-35 SERVICE RD.<br>OKLAHOMA CITY, OK 73129 | HARVEY SPARKMAN<br>EMAIL – harvey.sparkman@midwesthose.com<br>PHONE - (405) 670-6718<br>FAX - (405) 670 6816 | Estimated Open AP Amount | | | | $26,150 |
| 26 | B&J AIR AND PUMP, LTD.<br>ATTN: JOHNNY VANOVER<br>VICE PRESIDENT<br>1200 SOUTH US HIGHWAY 281<br>ALICE, TX 78332 | JOHNNY VANOVER<br>EMAIL: johnny@bjairpump.com<br>PHONE: (361) 664-3091<br>FAX: (3610 664-1060 | Estimated Open AP Amount | | | | $23,385 |

Debtor  TX Energy Services, LLC                                        Case number (if known) 17-_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 BRITE STAR SERVICES, LTD ATTN: ROBERT MCYINTYRE PRESIDENT 57 S. REYNOLDS ST. ALICE, TX  78333 | ROBERT MCINTYRE EMAIL – mcintyre@britestaruniform.com PHONE - (361) 664-9102 FAX – (361) 664-1060 | Estimated Open AP Amount | | | | $22,920 |
| 28 R360 ENVIRONMENTAL SOLUTIONS INC ATTN: TODD WATKINS, VP ENGINEERING & REGULATORY 3 WATERWAY SQUARE PLACE SUITE 110 THE WOODLANDS, TX  77380 | TODD WATKINS EMAIL – toddwa@wcnx.org PHONE - (281) 872-7360 FAX – (218) 873-3299 | Estimated Open AP Amount | | | | $22,817 |
| 29 TEXAS QUALITY GATE GUARD SERVICE, LLC ATTN: DAVID M. MOBLEY 480 CR 355 EL CAMPO, TX  77437 | DAVID M. MOBLEY EMAIL – theresa@texasqualitygateguards.com PHONE - (979) 543-4786 FAX – (979) 543-4765 | Estimated Open AP Amount | | | | $22,147 |
| 30 ENCANA OIL & GAS (USA) ATTN: JASON WYLIE C/O THE LAW OFFICES OF JASON WYLIE 11351 HILLTOP ROAD ARGYLE, TX  76226 | JASON WYLIE EMAIL - info@jasonwylielaw.com PHONE - (817) 741-0426 FAX – (817) 548-0542 | Pending Litigation | Contingent, Unliquidated Disputed | | | Undetermined |

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TX ENERGY SERVICES, LLC, | § | Case No. 17-_____ (___) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

Name:      Forbes Energy Services LLC
Address:   3000 South Business Highway 281
           Alice, TX 78332

Name:      Forbes Energy Services Ltd.
Address:   3000 South Business Highway 281
           Alice, TX 78332

DOCS_SF:91504.1

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TX ENERGY SERVICES, LLC | § | Case No. 17-_____ (___) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Forbes Energy Services LLC<br>3000 South Business Highway 281<br>Alice, TX 78332 | | | 100% Ownership |
| Forbes Energy Services Ltd.<br>3000 South Business Highway 281<br>Alice, TX 78332 | | | Parent |

DOCS_SF:91504.1

Fill in this information to identify the case:

Debtor name   **Forbes Energy International, LLC**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐   Schedule H: Codebtors (Official Form 206H)
☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule _____
■   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■   Other document that requires a declaration   **List of Equity Security Holders**
                                                  **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/22/2017    X _____
                              Signature of individual signing on behalf of debtor

                           **L. Melvin Cooper**
                           Printed name

                           **Senior Vice President and Chief Financial Officer**
                           Position or relationship to debtor